TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
Nevada Bar Number 8264
TINA SNELLINGS
Assistant United States Attorney
501 Las Vegas Blvd. S, Ste. 1100
Las Vegas, Nevada 89101
702-388-6336
tina.snellings@usdoj.gov
*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JHON RAUL VIZCAINO RAMIREZ,<br><br>　　　　　Defendant. | Case No. 2:25-mj-825-BNW<br><br>**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR JHON RAUL VIZCAINO RAMIREZ (ID # 07124656)** |

The United States of America respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum directing the Warden, Clark County Detention Center, Las Vegas, Nevada, and the United States Marshal for the District of Nevada to produce JHON RAUL VIZCAINO RAMIREZ before the United States District Court on or about _____, 2025, at the hour of _____ a.m., in Courtroom ____, for initial appearance.

JHON RAUL VIZCAINO RAMIREZ is currently in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

On November 20, 2025, a warrant was issued in this District on a complaint in the above-captioned matter charging JHON RAUL VIZCAINO RAMIREZ with four counts of Interference with Security Screening Personnel, in violation of 49 U.S.C. § 46503; and one

count Entry by false pretenses to secure area of any airport in violation of 18 U.S.C. §§ 1036(a)(4) and (b)(2).

Accordingly, the Government requests a Writ of Habeas Corpus Ad Prosequendum so that the United States Marshals Service can produce JHON RAUL VIZCAINO RAMIREZ before this Court for the purpose of initial appearance on the above charges and from time to time and day to day thereafter, at such times and places as may be ordered and directed by this Court, to appear before this Court, and when excused by this Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

Dated:  November 20, 2025                                  Respectfully submitted,

SIGAL CHATTAH
First Assistant United States Attorney


*/s/ Tina Snellings*
Tina Snellings
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JHON RAUL VIZCAINO RAMIREZ,<br><br>　　　　　Defendant. | Case No. 2:25-mj-825-BNW<br><br>**ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR JHON RAUL VIZCAINO RAMIREZ  (ID # 07124656)** |

　　　　Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

　　　　IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of JHON RAUL VIZCAINO RAMIREZ before the United States District Court at Las Vegas, Nevada, on or about   December 3  , 2025, at the hour of   2:30   p.m., in Courtroom  3A  before Judge Couvillier for initial appearance and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

　　　　DATED:  November  20 , 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE BRENDA WEKSLER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE