**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JHON RAUL VIZCAINO RAMIREZ,<br><br>            Defendant | Case No. 2:25-mj-<br><br>**WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR JHON RAUL VIZCAINO RAMIREZ (ID # 07124656)** |

TO:   WARDEN,
        CLARK COUNTY DETENTION CENTER
        CLARK COUNTY, NEVADA
        UNITED STATES MARSHAL FOR THE DISTRICT OF
        NEVADA AND ANY OTHER UNITED STATES MARSHAL

                                    G R E E T I N G S

   WE COMMAND that you have the body of JHON RAUL VIZCAINO RAMIREZ, detained in the custody of the Warden, Clark County Detention Center, Clark County, Nevada, before the United States District Court at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about   December 3  , 2025, at the hour of  2:30  p.m., in Courtroom  3A , before Judge Couvillier for initial appearance and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above,

///

///

///

///

///

until JHON RAUL VIZCAINO RAMIREZ is released and discharged by the said Court; and that you shall thereafter return JHON RAUL VIZCAINO RAMIREZ to the custody of the Clark County Detention Center, Clark County, Nevada, under safe and secure conduct, and have you then and there this writ.

DATED: November  20 , 2025.

                         HONORABLE BRENDA WEKSLER
                         UNITED STATES MAGISTRATE JUDGE

ATTEST:    DEBRA K. KEMPI, Clerk
                United States District Court

DEBRA K. KEMPI
CLERK
(By) DEPUTY CLERK

11/20/2025   Las Vegas, NV
DATE