TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
TINA M. SNELLINGS
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Tina.Snellings@usdoj.gov
*Attorneys for the United States of America*

> FILED _____    _____ RECEIVED
> ENTERED _____    _____ SERVED ON
> COUNSEL/PARTIES OF RECORD
>
> DEC 0 2 2025
>
> CLERK US DISTRICT COURT
> DISTRICT OF NEVADA
> BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>      vs.<br><br>JHON RAUL VIZCAINO RAMIREZ,<br><br>  Defendant. | **CRIMINAL INDICTMENT**<br><br>Case No. 2:25-cr- 347-APG-MDC<br><br>**VIOLATIONS:**<br><br>49 U.S.C. § 46503 – Interference with security screening personnel<br><br>18 U.S.C. § 111(a)(1) – Assaulting, Resisting, or Impeding Person Assisting Certain Officers or Employees<br><br>18 U.S.C. § 1036(a)(4) and (b)(2) – Entry by false pretenses to secure area of any airport |

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>
Interference with Security Screening Personnel
(49 U.S.C. § 46503)

On or about November 3, 2025, in the State and Federal District of Nevada,

**JHON RAUL VIZCAINO RAMIREZ,**

defendant herein, in an area within a commercial service airport, namely Harry Reid International Airport, in the United States, did knowingly assault R.M., a federal, airport, and air carrier employee who had security duties within the airport, and such assault interfered with the performance of the duties of the employee and lessened the ability of the employee to perform those duties, in that defendant struck the employee in the face and interfered or lessened the employee's attempt to screen the defendant and interfered with the screening of other passengers by the employee, in violation of Title 49, United States Code, Section 46503.

## COUNT TWO
Interference with Security Screening Personnel
(49 U.S.C. § 46503)

On or about November 3, 2025, in the State and Federal District of Nevada,

**JHON RAUL VIZCAINO RAMIREZ,**

defendant herein, in an area within a commercial service airport, namely Harry Reid International Airport, in the United States, did knowingly assault W.H., a federal, airport, and air carrier employee who had security duties within the airport, and such assault interfered with the performance of the duties of the employee and lessened the ability of the employee to perform those duties, in that, defendant kicked the employee in the face and interfered or lessened the employees attempts to detain defendant for investigation and the continued screening of passengers by the employee; in violation of Title 49, United States Code, Section 46503.

## COUNT THREE
Assault, Resisting, or Impeding Person Assisting Certain Officers or Employees
(18 U.S.C. § 111(a)(1))

On or about November 3, 2025, in the State and Federal District of Nevada,

**JHON RAUL VIZCAINO RAMIREZ,**

defendant herein, did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in section 1114 of Title 18, in that, defendant assaulted and resisted M.P., a person assisting a federal officer and employee, as designated in Title 18, United States Code, Section 1114, while engaged in and on account of the performance of official duties, and where such acts involved physical contact with M.P., all in violation of Title 18, United States Code, Section 111(a)(1).

## COUNT FOUR
Assault, Resisting, or Impeding Person Assisting Certain Officers or Employees
(18 U.S.C. § 111(a)(1))

On or about November 3, 2025, in the State and Federal District of Nevada,

**JHON RAUL VIZCAINO RAMIREZ,**

defendant herein, did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in section 1114 of Title 18, in that, defendant assaulted and resisted J.H., a person assisting a federal officer and employee, as designated in Title 18, United States Code, Section 1114, while engaged in and on account of the performance of official duties, and where such acts involved physical contact with J.H., all in violation of Title 18, United States Code, Section 111(a)(1).

## COUNT FIVE
Entry by False Pretenses to Secure Area of Any Airport
(18 U.S.C. §§ 1036(a)(4) and (b)(2))

On or about November 3, 2025, in the State and Federal District of Nevada,

**JHON RAUL VIZCAINO RAMIREZ,**

defendant herein, by any fraud or false pretense, entered or attempted to enter any secure area of any airport, namely Harry Reid International Airport in Las Vegas, Nevada, in that defendant presented to a Transportation Security Administration screening officer a boarding pass in the name of another and attempted to enter the passenger boarding area, in violation of 18 U.S.C. § 1036(a)(4) and (b)(2).

**DATED:** this December 2, 2025.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

SIGAL CHATTAH
First Assistant United States Attorney

TINA M. SNELLINGS
Assistant United States Attorney

4